UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                 Debtor, | NO: CV-12-424-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>ELM CONSTRUCTION, LTD,<br><br>                 Defendant. | Adv. Proc. No. 11-80099-PCW11<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT |

**BEFORE THE COURT** is Plaintiff's Motion for Default Judgment, ECF No. 26, on the grounds that Defendant has failed to appear or defend the Complaint of Plaintiff. There being no objection to the entry of Judgment, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED** that

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT ~ 1

1 | Plaintiff's Motion for Default Judgment, **ECF No. 26**, is **GRANTED**. Entry of
2 | Judgment is to follow.

3 | The District Court Executive is hereby directed to enter this Order and to
4 | provide copies to counsel and to Pro Se Defendant and **close this case**.

5 | **DATED** this 7th day of February, 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT ~ 2